

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Denise L. Padgett and Ronald Padgett and all occupants of 5282 Quail Hollow Dr, Temple, TX 76502, Appellants

No. 06-18-00079-CV     v.

The Bank of New York Mellon Trust Company, N.A., Appellee

Appeal from the County Court at Law No. 1 of Bell County, Texas (Tr. Ct. No. 87,801). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellants, Denise L. Padgett and Ronald Padgett and all occupants of 5282 Quail Hollow Dr, Temple, TX 76502, have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 12, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk